AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | ) |
|---|---|
| JGIAP RH 160 LLC | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:21-cv-2489 |
| | ) |
| CRI HOLDING CORP., et al. | ) |
| | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   See Rider "A"


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan M. Wilson, Esq.
Armstrong Teasdale LLP
919 Third Avenue, 37th Floor
New York, NY 10022
212-209-4400

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____                                  _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-2489

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JGIAP RH 160 LLC<br><br>        Plaintiff,<br><br>vs.<br><br>CRI HOLDING CORP., TOURAJ NAGHIEH, MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI, MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION, AND ANGELO CORRAO<br><br>        Defendants. | Case No. 1:21-cv-2489-DG-JRC<br><br>**RIDER A TO SUMMONS** |

**NAMED DEFENDANTS:**

CRI HOLDING CORP.
505 Eighth Avenue, 22nd Floor
New York, New York 10018

110 East 31 Street
New York, New York 10016

And

c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231

TOURAJ NAGHIEH
505 Eighth Avenue, 22nd Floor
New York, New York 10018

110 East 31 Street
New York, New York 10016

MORALI AND ASSOCIATES
197 Grand Street, Ste. 5N
New York, New York 10013

And

c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231

ANTHONY MORALI
197 Grand Street, Ste. 5N
New York, New York 10013

JOSEPH MORALI
197 Grand Street, Ste. 5N
New York, New York 10013

MANDA INTERNATIONAL CORPORATION
751-33 Coates Ave. N
Holbrook, New York 11741

And

c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231

STRIKEFORCE MECHANICAL CORPORATION
441 Saint James Street
Holbrook, New York 11741

And

c/o New York Secretary of State
99 Washington Avenue
Albany, New York 12231

ANGELO CORRAO
441 Saint James Street
Holbrook, New York 11741