# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 1:21-CV-2489                                    Date Filed: 5/6/2021

Plaintiff:
**JGIAP RH 160 LLC**
vs.
Defendant:
**CRI Holding Corp., et al.**

State of New York, County of Albany)ss.:

Received by Servable Legal Support Co. to be served on **CRI Holdings Inc s/h/a CRI Holdings Corp.**.

I, James Boland, being duly sworn, depose and say that on the **7th day of May, 2021 at 3:15 pm, I:**

Served CRI Holdings Inc s/h/a CRI Holdings Corp. by delivering two true copies of the **Summons in a Civil Action and Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty, Business Document Specialist, of the Secretary of State of New York State, Department of State, 99 Washington Avenue, 6TH Floor, Albany, NY, 12231, The Secretary of State being the **Registered Agent/Statutory Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 17th day of May, 2021 by the affiant who is personally known to me.

NOTARY PUBLIC
PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28,

James Boland
Process Server

Servable Legal Support Co.
808 Union Street
Suite 3 A
Brooklyn, NY 11215

Our Job Serial Number: 2021001873

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x