# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Eastern District of New York

Index Number: 1:21-CV-2489                                       Date Filed: 5/6/2021

Plaintiff:
**JGIAP RH 160 LLC**
vs.
Defendant:
**CRI Holding Corp., et al.**

State of New York, County of Albany)ss.:

Received by Servable Legal Support Co. to be served on **Strikeforce Mechanical Corp.**.

I, James Boland, being duly sworn, depose and say that on the **7th day of May, 2021** at **3:15 pm**, I:

Served Strikeforce Mechanical Corp. by delivering two true copies of the **Summons in a Civil Action and Complaint pursuant to section 306 BCL together with statutory service fee in the amount of $40.00** to Nancy Dougherty, Business Document Specialist, of the Secretary of State of New York State, Department of State, 99 Washington Avenue, 6TH Floor, Albany, NY, 12231, The Secretary of State being the **Registered Agent/Statutory Agent** of record of the within named corporation, in compliance with state statutes.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 150, Hair: Brown, Glasses: Y

I am over the age of 18 and have no interest in the above action.

_____
**James Boland**
Process Server

Subscribed and Sworn to before me on the 17th day of May, 2021 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

PATRICIA A. BURKE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BU4922372
Qualified in Albany County
My Commission Expires February 28, 2024

**Servable Legal Support Co.**
808 Union Street
Suite 3 A
Brooklyn, NY  11215

Our Job Serial Number: 2021001875

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3x