AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. Case 1:21-cv-02489

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ANGELO CORRAO was received by me on *(date)* 5/6/21.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)*
_____ ; or

☒ I left the summons and complaint at the individual's place of business or usual place of abode with *(name)*
Samantha Brown , a person of suitable age and discretion who resides there, on *(date)* Fri, May 07 2021 , and
mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____ , who is designated by
law to accept service of process on behalf of *(name of organization)* _____ on *(date)*
_____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $
_____ .

I declare under penalty of perjury that this information is true.

Date:  5 | 7 | 21

_____
*Server's signature*

Allison Brand
_____
*Printed name and title*

PO BOX 1729, Huntington, NY 11743
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: May 7, 2021, 12:33 pm EDT at 441 SAINT JAMES ST, HOLBROOK, NY 11741 received by
Samantha Brown. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'4"; Hair: Blond;
Angelo was not on the office