**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**JGIAP RH 160 LLC,**

                **Plaintiff,**

-against-

**CRI HOLDING CORP., TOURAJ NAGHIEH, MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI, MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION, AND ANGELO CORRAO,**

                **Defendants.**
-------------------------------------------------------------------X

Case No.: 1:21-cv-2489 (DG) (JRC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for Defendants MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION and ANGELO CORRAO. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:   Lake Success, New York
          May 27, 2021

                                **MILMAN LABUDA LAW GROUP PLLC**

                                By:   /s/_____
                                Emanuel Kataev, Esq.
                                3000 Marcus Avenue, Suite 3W8
                                Lake Success, NY 11042-1073
                                (516) 328-8899 (office)
                                (516) 303-1395 (direct dial)
                                (516) 328-0082 (facsimile)
                                emanuel@mllaborlaw.com

                                *Attorneys for Defendants*
                                *Manda International Corporation*
                                *Strikeforce Mechanical Corporation*
                                *and Angelo Corrao*