

June 2, 2021

**VIA ECF**

The Honorable Diane Gujarati, U.S.D.J.
United States District Court
Easter District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **RE:**    ***JGIAP RH 160 LLC v. CRI Holding Corp, et. al,***
              **EDNY Docket No. 21-cv-2489-DG-JRC**
              **First Request for Extension of Time**

Dear Judge Gujarati:

We represent Defendants Anthony Morali Architect, PLLC i/s/h/a Morali and Associates, Anthony Morali, and Joseph Morali (hereinafter, collectively, the "Morali Defendants") in the above-captioned matter. By this letter, the Morali Defendants respectfully requests an extension of time to respond to Plaintiff's Complaint to June 30, 2021.

I attempted to reach Plaintiff's counsel, Ryan Wilson, this morning by both phone and e-mail to discuss this request. He did not return my messages until 4:29 p.m. at which time he advised that he would not consent to my request because another party has asked for a pre-motion conference.

This extension of time is needed so that the Morali Defendants can investigate the allegations in the Complaint before responding to those allegations. It is possible that the Morali Defendants will also join in the co-defendants request for a pre-motion conference; however, time is needed to investigate the claim and discuss further with my clients. This is the Morali Defendants' first request for an extension of time to respond to the Complaint. There are currently no scheduling orders in effect and this extension will not affect any scheduled dates.. Moreover, there are defendants that still have not appeared in this action and this extension will not delay this case. Indeed, from a review of the docket, the answer for one defendant Touraj Naghieh, is due on 7/19/2021, which is after this extension request

We thank your Honor for your consideration and attention to this matter:

Respectfully submitted,

Scott K. Winikow

cc: (via ECF):   All Counsel of Record

                                                      SO ORDERED:

                                                      _____

                                                      United States District Judge

4815-4962-0205, v. 1

112 W. 34th St.    212 244 3333 main
18th Floor    646 346 1251 fax
New York, NY 10120    www.donovanhatem.com

BOSTON | NEW YORK | NEWARK | PROVIDENCE