**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X

| | |
|---|---|
| JGIAP RH 160 LLC | Case No.: |
| Plaintiff, | 1:21-cv-2489 (DG) (JRC) |
| | <u>NOTICE OF APPEARANCE</u> |
| CRI HOLDING CORP., TOURAJ NAGHIEH, MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI, MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION, AND ANGELO CORRAO | |
| Defendants. | |

-----------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that Mark S. Friedlander, Esq. hereby appears as counsel for Defendants CRI HOLDING CORP and TOURAJ NAGHIEH I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:   New York, New York
         July 6, 2021

                                                  /s/_____
                                                MARK S. FRIEDLANDER, Esq.
                                                101 Lafayette Street 10th Floor
                                                New York, NewYork 10013
                                                (212) 962-2877
                                                (212) 571-4613 (facsimile)
                                                msfesq47@aol.com
`                                             *Attorneys for Defendants*
                                                *CRI HOLDING CORP., and*
                                                *Touraj Naghieh*