UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
**JGIAP RH 160 LLC**

               **Plaintiff,**

**CRI HOLDING CORP., TOURAJ NAGHIEH, MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI, MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION, AND ANGELO CORRAO**

               **Defendants.**
-------------------------------------------------------------------X

Case No.:
1:21-cv-2489 (DG) (JRC)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Michael J. Mauro, Esq. hereby appears as counsel for Defendants MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION and ANGELO CORRAO. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated:   Lake Success, New York
           May 26, 2021

**MILMAN LABUDA LAW GROUP PLLC**

By:   /s/
Michael J. Mauro, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1363 (direct dial)
(516) 328-0082 (facsimile)
michael@mllaborlaw.com

*Attorneys for Defendants Manda International Corporation, Strikeforce Mechanical Corporation, and Angelo Corrao*