| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |

Before: Diane Gujarati                                                                  Date:       9/3/2021
        U.S. District Judge                                                      Time:      12:00 p.m.

Court Deputy: Kelly Almonte
Court Reporter/Tape No: 21cv2489.9.3.21

*JGIAP RH 160 LLC v. CRI Holding Corp. et al*
21-cv-02489 (DG)(JRC)

Type of Conference: Premotion Conference

Appearances:    Plaintiff            Ryan Wilson

                            Defendants     Mark S Friedlander, Scott K. Winikow; Michael James Mauro

Summary: Pre-Motion Conference held on 9/3/2021 at 12:00 p.m. Ryan Wilson appeared on behalf of Plaintiff; Mark Friedlander appeared on behalf of Defendants CRI Holding Corp. and Touraj Naghieh; Scott Winikow appeared on behalf of the Morali Defendants; and Michael Mauro appeared on behalf of Defendants Manda International Corp., Strikeforce Mechanical Corp., and Angelo Corrao. Case called. Discussion held. The parties were directed to inform the Court via joint letter by September 17, 2021 whether the parties wish to pursue mediation or a settlement conference. The Court deferred setting a briefing schedule for the anticipated motions to dismiss pending receipt of the parties' joint submission due on September 17, 2021.

                                                                                                 SO ORDERED.

                                                                                    /s/ Diane Gujarati
                                                                                    DIANE GUJARATI
                                                                                   United States District Judge