### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JGIAP RH 160 LLC<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CRI HOLDING CORP., TOURAJ NAGHIEH, MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI, MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION, AND ANGELO CORRAO<br><br>　　　　　　Defendants. | Case No. 1:21-cv-2489-DG-JRC<br><br>**Judge Diane Gujarati**<br><br>**Magistrate Judge James R. Cho** |

## JOINT STATUS REPORT

PLEASE TAKE NOTICE that Plaintiff and Defendants (collectively, "the Parties"), by and through their undersigned counsel, file this Joint Status Report pursuant to the Court's Order dated October 19, 2021.

On October 4, 2021, all parties participated in a court mandated settlement conference before Magistrate Judge James R. Cho. The parties were unsuccessful in coming to any settlement in this matter.

On October 19, 2021, all parties participated in a follow up settlement conference before Magistrate Judge James R. Cho. The parties again were unsuccessful in coming to any agreement on settlement.

On October 19, 2021, the Court ordered the parties to continue discussing settlement privately and to inform the Court of settlement status.

At this time, the parties do not believe that further settlement discussions would be productive and ask that the Court renew the defendants' premotion conference letters.

Respectfully submitted this 19th day of November, 2021.

| | |
|---|---|
| ARMSTRONG TEASDALE LLP | MILMAN LABUDA LAW GROUP PLLC |
| By: */s/ Ryan M. Wilson*_____<br>Ryan M. Wilson, Esq.<br>919 Third Avenue, 37th Floor<br>New York, NY 10022<br>(212) 209-4400<br>rwilson@atllp.com<br><br>Nicholas R. Peppler, (*pro hac vice*)<br>4643 S. Ulster Street, Ste. 800<br>Denver, CO 80237<br>(720) 200-0676<br>*npeppler@atllp.com*<br><br>*ATTORNEYS FOR PLAINTIFF JGIAP RH 160 LLC* | By: /s/ *Michael J. Mauro*_____<br>Michael J. Mauro, Esq.<br>Emanuel Kataev, Esq.<br>Kyle F. Monaghan, Esq.<br>3000 Marcus Avenue, Suite 3W8<br>Lake Success, NY 11042-1073<br>(516) 328-8899<br>michael@mllaborlaw.com<br>emanuel@mllaborlaw.com<br>kyle@mllaborlaw.com<br><br>*ATTORNEYS FOR DEFENDANTS MANDA INTERNATIONAL CORP, STRIKEFORCE MECHANICAL CORP., ANGELO CORRAO* |
| MARK S. FRIEDLANDER | DONOVAN HATEM LLP |
| By: */s/ Mark S. Friedlander*_____<br>Mark S. Friedlander, Esq.<br>101 Lafayette Street, 10th Floor<br>New York, NY 10013<br>(212) 962-2877<br>Msfesg47@aol.com<br><br>*ATTORNEY FOR DEFENDANT CRI HOLDING CORP.* | By: */s/ Scott K. Winikow*_____<br>Scott K. Winikow, Esq.<br>112 W. 34th Street, 18th Floor<br>New York, NY 10120<br>(212) 244-3333<br>swinikow@optonline.net<br><br>*ATTORNEY FOR DEFENDANTS ANTHONY MORALI ARCHITECT, PLLC i/s/h/a/ MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI* |