# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JGIAP RH 160 LLC<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>CRI HOLDING CORP., TOURAJ NAGHIEH, MORALI AND ASSOCIATES, ANTHONY MORALI, JOSEPH MORALI, MANDA INTERNATIONAL CORPORATION, STRIKEFORCE MECHANICAL CORPORATION, AND ANGELO CORRAO<br><br>　　　　　　Defendants. | Case No. 1:21-cv-2489-DG-JRC<br><br>**Judge Diane Gujarati**<br><br>**Magistrate Judge James R. Cho** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF JGIAP RH 160 LLC

　　　Nicholas R. Peppler hereby moves for an Order granting his withdrawal as counsel for Plaintiff JGIAP RH 160 LLC ("Plaintiff"), and states as follows:

　　　1.　　The law firm of Armstrong Teasdale LLP, specifically Nicholas R. Peppler, has represented Plaintiff in the above captioned matter.

　　　2.　　As of November 26, 2021, Nicholas R. Peppler will voluntarily leave the employment of Armstrong Teasdale LLP.

　　　3.　　Armstrong Teasdale LLP and Ryan M. Wilson will continue to represent Plaintiff in this matter after Nicholas R. Peppler's departure from Armstrong Teasdale LLP.

　　　4.　　For this reason, good cause exists to allow Mr. Peppler to withdraw as counsel for Plaintiff.

    5.    A proposed form of Order is attached hereto.

WHEREFORE, Nicholas R. Peppler respectfully requests an order allowing him to withdraw as counsel for Plaintiff JGIAP RH 160 LLC.

| | |
|---|---|
| Dated: November 26, 2021 | Respectfully submitted, |
| | **ARMSTRONG TEASDALE LLP** |
| | By: */s/ Nicholas R. Peppler* |
| | Nicholas R. Peppler (admitted pro hac vice) |
| | Ryan M. Wilson, #5137732 |
| | **ARMSTRONG TEASDALE LLP** |
| | 919 Third Ave., 37th Floor |
| | New York, NY 10022 |
| | (212) 209-4400 |
| | *npeppler@atllp.com* |
| | *rwilson@atllp.com* |
| | **ATTORNEYS FOR PLAINTIFF** |

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 26, 2021, I served a copy of the foregoing via ECF and electronic mail on the following counsel of record:

Michael J. Mauro, Esq.
Emanuel Kataev, Esq.
Kyle F. Monaghan, Esq.
MILMAN LABUDA LAW GROUP PLLC
3000 Marcus Ave., Ste. 3W8
Lake Success, NY 11042
michael@mllaborlaw.com
emanuel@mllaborlaw.com
kyle@mllaborlaw.com

Mark S. Friedlander, Esq.
101 Lafayette Street, 10th Floor
New York, NY 10013
Msfesq47@aol.com

Scott K. Winikow, Esq.
DONOVAN HATEM LLP
112 W. 34th Street, 18th Floor
New York, NY 10120
swinikow@optonline.net

                                      */s/ Nicholas R. Peppler*_____