# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

May 24, 2022

**VIA ECF**
United States District Court
Eastern District of New York
<u>Attn</u>: Hon. Diane Gujarati, U.S.D.J.
225 Cadman Plaza East
Brooklyn, NY 11201-1804

   *Re:* **JGIAP RH 160 LLC v. CRI Holding Corp.,** *et al.*
      **Case No.: 1:21-cv-2489 (DG) (JRC)**

Dear Judge Gujarati:

  This firm represents Manda International Corp. ("Manda"), Strikeforce Mechanical Corp. ("Strikeforce"), and Angel Corrao ("Corrao") (Manda, Strikeforce, and Corrao collectively hereinafter referred to as "Defendants") in the above referenced case.

  Defendants write to confirm their compliance with ¶ III(B)(4) of this Court's Individual Practices (the "Practices") and with this Court's Order (<u>see</u> Text Only Order dated March 29, 2022), wherein Defendants were instructed to file all of the parties' motion papers electronically after the motions were fully briefed.

  While Plaintiff's consolidated opposition brief was to be served by May 10, 2022, Plaintiff has not served nor filed any opposition to any of the Defendants' separate motions to dismiss and no reply papers in further support have been submitted by any of the defendants as a result. Plaintiff did seek extensions to the briefing schedule, which each Defendant consented to subject to Plaintiff filing a letter motion to seek this Court's approval of an amendment to the briefing schedule as required by ¶ III(B)(3) of the Practices.  Plaintiff has made an eleventh hour attempt to seek same due to the contingency of Defendants' consent and given Defendants' notice to Plaintiff of this requirement.  However, this Court obviously will not rule on the Plaintiff's request until after the deadline for submission has passed.

  As a result, Defendants advised Plaintiff earlier today that they are obligated to comply with the Court's March 29, 2022 scheduling Order unless the Court granted an extension today. Because no extension has been secured as of the time of the filing of this letter, Defendants are filing their motion papers as required by the scheduling Order to err on the side of caution, and Defendants respectfully submit that the filing is necessary to preserve their rights and to comply with the Court's Order.

Dated: Lake Success, New York
      May 24, 2022                                 Respectfully submitted,

                                                           **MILMAN LABUDA LAW GROUP PLLC**

                                                           _____/s_____
                                                           Michael J. Mauro, Esq.
                                                           Emanuel Kataev, Esq.
                                                           Kyle F. Monaghan, Esq.
                                                           3000 Marcus Avenue, Suite 3W8
                                                           Lake Success, NY 11042-1073
                                                           (516) 328-8899 (telephone)
                                                           (516) 328-0082 (facsimile)
                                                           michael@mllaborlaw.com
                                                           emanuel@mllaborlaw.com
                                                           kyle@mllaborlaw.com

Enclosures.

cc:     All counsel of record (via ECF *sans* enclosures);
         All counsel of record (via email with enclosures);
         & rmwilson.edny@gmail.com (via email with enclosures).[1]

---

[1] See ECF Docket Entry 56 for an explanation as to why Plaintiff's counsel is being served with a courtesy copy at this additional e-mail address.