**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
**JGIAP RH 160 LLC,**

                **Plaintiff,**

**CRI HOLDING CORP., TOURAJ NAGHIEH,**
**MORALI AND ASSOCIATES, ANTHONY MORALI,**
**JOSEPH MORALI, MANDA INTERNATIONAL**
**CORPORATION, STRIKEFORCE MECHANICAL**
**CORPORATION, AND ANGELO CORRAO,**

                **Defendants.**
-------------------------------------------------------------------X

**Case No.: 1:21-cv-2489 (DG) (JRC)**

<u>**NOTICE OF MOTION**</u>

    **PLEASE TAKE NOTICE**, that upon the accompanying Affirmation of Michael J. Mauro, Esq. and the Memorandum of Law submitted herewith, Defendants, Manda International Corporation, Strikeforce Mechanical Corporation, and Angelo Corrao, will move this Court before the Hon. Diane Gujarati, U.S.D.J., at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order directing Plaintiff and its counsel Armstrong Teasdale, LLP and Ryan M. Wilson, Esq. to pay monetary sanctions and attorneys' fees pursuant to (i) Rules 11(b)(1), (2) & (3), 11(c); (ii) 28 U.S.C. § 1927; and (iii) and the Court's inherent power, and for such other remedies as the Court deems just and proper.

    **PLEASE TAKE FURTHER NOTICE,** that – pursuant to the Local Civil Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York – opposition papers must be served within fourteen (14) days of service of the moving papers, and reply papers must be served within seven (7) days of service of the opposition papers.

Dated: Lake Success, New York
      June 30, 2022                        Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

By: /s/ _____
Michael J. Mauro, Esq.
Emanuel Kataev, Esq.
Kyle F. Monaghan, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 328-0082 (facsimile)
michael@mllaborlaw.com
emanuel@mllaborlaw.com
kyle@mllaborlaw.com

*Attorneys for Defendants*
*Manda International Corporation*
*Strikeforce Mechanical Corporation*
*and Angelo Corrao*

2